**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **TIFFANY N. QUZACK-WHITE et al.,**<br>*Plaintiffs*<br>v.<br><br>**UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORP., et al**<br>*Defendants.* | **CASE NO:** 8:26-cv-01276-TDC |

**NOTICE OF ERRATA/CORRECTED FILING OF ECF 24-1 & 24-2**

Plaintiffs' counsel respectfully notifies the Court that the Declaration of Douglas W. Jackson-Quzack, Esq. filed earlier today in support of Plaintiffs' Combined Opposition and Cross-Motion was a previously unfinished, unfinalized version submitted in error. The corrected, finalized Declaration — identical in all substantive respects — is filed herewith as a replacement. The error was discovered and corrected on the within hours of the inadvertent filing. Defendants suffer no prejudice: the corrected Declaration contains the same factual allegations, the same exhibit references, the same fee documentation, and the same certification; only the administrative details of the unfinished draft differ from the finalized version now before the Court. Plaintiffs' counsel apologizes for any inconvenience to the Court and to opposing counsel.

Dated: June 23, 2026

Respectfully submitted,

/s/ Douglas W. Jackson-Quzack
Douglas W. Jackson-Quzack, Esq.
D. Md. Bar No. 20223
(240) 355-0251 | Doug.Quzack.Esq@outlook.com
*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on June 22, 2026, a copy of the foregoing was filed via CM/ECF and electronically served on all counsel of record, including Anne M. McGinley, Esq. and Michael K. Wiggins, Esq.

/s/ Douglas W. Jackson-Quzack
Douglas W. Jackson-Quzack, Esq