**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| TIFFANY QUZACK-WHITE, *et al.*, | * | |
| | * | |
| *Plaintiffs* | * | |
| | * | |
| vs. | * | Case No.: 8:26-cv-01276-TDC |
| | * | |
| UNIVERSITY OF MARYLAND | * | |
| MEDICAL SYSTEM | * | |
| CORPORATION, *et al.*, | * | |
| *Defendants* | * | |

**JOINT RECORD EXHIBIT LIST**

| **Defendants' Motion to Strike Portions of the Complaint and Improper Filings (ECF No. 23)** | | | |
|---|---|---|---|
| Tab | Exhibit | J.R. Number | ECF No. |
| 1 | Exhibit 1, Transcript of Case Management Conference May 21, 2026 | J.R 000001-27 | 32-1 |
| 2 | Exhibit 2, Letter to Plaintiffs' Counsel, dated April 3, 2026. | J.R 000028-29 | 32-2 |
| 3 | Exhibit 3, Email to Plaintiffs' Counsel, dated April 15, 2026 | J.R 000030 | 32-3 |
| 4 | Exhibit 4, Email Exchange with Plaintiffs' Counsel, dated May 6, 2026 | J.R 000031 | 32-4 |
| 5 | Exhibit 5, Email to Plaintiffs' Counsel, dated May 14, 2026 | J.R 000032-33 | 32-5 |
| 6 | Exhibit 6, Excerpts of the Complaint **Motion to Seal pending* | J.R 000034-41 | 33 |
| **Plaintiffs' Opposition to Defendants' Motion to Strike and Plaintiffs' Cross-Motion for Sanctions (ECF No. 24)** | | | |
| 7 | Exhibit 7, Declaration of Douglas W. Jackson-Quzack, Esq. in Support of Opposition and Cross-Motion | J.R 000042-46 | 32-6 |
| 8 | Exhibit 8, Attorney Time and Fees Invoice, March 27–June 22, 2026 | J.R 000047-48 | 32-7 |
| 9 | Exhibit 9, Public Litigation Announcement Compendium (DOJ, Clifford Law Offices, Civil Rights Practitioners) | J.R 000049 | 32-8 |
| 10 | Exhibit 10, ECF No. 19 — Notice of Instances That Defense Counsel Was Informed About Adverse Authority (May 18, 2026) | J.R 000050-52 | 32-9 |
| **Defendants' Opposition to Plaintiffs' Cross-Motion for Sanctions and Reply in Support of Motion to Strike (ECF No. 28)** | | | |
| 11 | Exhibit 11, Defendants' Chart of Plaintiffs' Case Citations within Plaintiffs' Opposition to Defendants' Motion to Strike and Cross-Motion for Sanctions | J.R 000053-55 | 32-10 |
| 12 | Exhibit 12, Email Communications between parties' counsel **Motion to Seal pending* | J.R 000056-178 | 34 |

| | | | |
|---|---|---|---|
| 13 | Exhibit 13, LinkedIn Profile Excerpts | J.R 000179-188 | 32-11 |
| **Plaintiffs' Reply in Support of Motion for Sanctions Against Defense Counsel Under Section 1927 & the Court's Inherent Authority (ECF No. 30)** | | | |
| No additional Exhibits Referenced | | | |