# EXHIBIT 9

## PUBLIC LITIGATION ANNOUNCEMENT COMPENDIUM

*DOJ Press Releases, Clifford Law Offices, Civil Rights Practitioners — Demonstrating Industry-Standard Practice of Publicly Announcing Filed Litigation*

---

This exhibit compiles public announcements of filed litigation by: (1) the United States Department of Justice (SDNY press releases); (2) Clifford Law Offices (PI firm litigation announcements); and (3) civil rights and personal injury practitioners via LinkedIn and professional platforms. The exhibit demonstrates that publicly announcing the filing of a federal lawsuit on a professional network is standard professional practice authorized by Maryland Rule 19-303.6(b)(1)–(2). Under Defense Counsel's theory, every attorney represented in this exhibit would be subject to Rule 11 sanctions.

Sources included:

• SDNY — Former NYPD Officer Sentenced (June 22, 2026) — https://www.justice.gov/usao-sdny/pr/former-nypd-officer-sentenced-90-months-prison-bribery-narcotics-and-firearms-offenses

• Clifford Law Offices — $7.25M Verdict, Hysterectomy Malpractice (Apr. 20, 2026) — https://www.cliffordlaw.com/news/7-25m-verdict-hysterectomy-malpractice/

• Clifford Law Offices — $60M Verdict, Unsafe Highway Construction (Apr. 14, 2026) — https://www.cliffordlaw.com/news/60m-verdict-highway-construction-zone/

• Clifford Law Offices — Fatal Nippon Dynawave Explosion (May 29, 2026) — https://www.cliffordlaw.com/news/fatal-nippon-dynawave-explosion-families-demand-answers/

• Enjuris (LinkedIn) — Florida Free-Kill Law Update — https://www.linkedin.com/posts/enjuris_florida-free-kill-law-update