**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

TIFFANY QUZACK-WHITE, VERONICA QUZACK, and NOVA QUZACK-WHITE,

Plaintiffs,

v.

UNIVERSITY OF MARYLAND CAPITAL REGION MEDICAL CENTER, UNIVERSITY OF MARYLAND MEDICAL SYSTEM and MARYLAND MEDICINE COMPREHENSIVE INSURANCE PROGRAM,

Defendants.

Civil Action No. 26-1276-TDC

# ORDER

For the reasons stated during the September 3, 2026 Case Management Conference, it is hereby ORDERED that:

1. ECF Nos. 15, 18, 19, 29, 36, 37, 38, 39, 40, 41, 42, and 44 are STRICKEN without prejudice to renewal of those seeking leave to file a motion. Filings that do not seek leave to file a motion consistent with § III of the Case Management Order, or that do not consist of formal pleadings or authorized briefs or motions, are not permitted and will be stricken summarily.

2. Pending resolution of Defendants' Motion to Strike Portions of the Plaintiffs' Complaint and Improper Filings, ECF No. 23, Plaintiffs' Cross Motion for Sanctions, ECF No. 24, and Defendants' Motion to Seal Exhibits 6 and 12 Attached to Defendants' Motion to Strike, ECF No. 27:

    a. Counsel for Plaintiffs and Defendants shall not engage in any further communications, written or oral, absent a joint agreement to engage in settlement discussions or until further notice from the Court.

b. Counsel for Plaintiffs and Defendants shall make no further filings with the Court and shall not make any public social media postings relating to this case until further notice from the Court.

3. Counsel and the parties are warned that personal attacks in written or oral statements or other unprofessional conduct may result in referral of counsel to this Court's Disciplinary and Admissions Committee or to the relevant state bars.

Date: September 10, 2026

THEODORE D. CHUANG
United States District Judge